# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: 1:18-cr-00010-001  
            1:18-cr-00010-006  
DATE: May 25, 2022

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding  
Law Clerk: Emily Brown    Court Reporter: Veronica Flores  
Courtroom Deputy: Carmen B. Santos    Hearing Times: 8:18 - 9:14  
                                          9:38 - 10:34  
                                          10:51 - 11:45  
                                          12:40 -  1:55  
                                          2:18 - 4:08

**APPEARANCES:**

Defendant: John D. Walker  
          Hansen Helicopters  
Attorney: Mack K. Martin  
        Edward A. McConwell, Laura L.  
        McConwell and Edward C. Han

☑ Present ☐ Custody ☐ Bond ☐ P.R.  
☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Stephen Leon Guerrero  
        Marie L. Miller  
        Samantha R. Miller

**PROCEEDINGS: Jury Trial - Day 18**

- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Trial continued to: <u>May 26, 2022 at 8:15 AM</u>

NOTES:

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| vs. | |
| **John D. Walker and Hansen Helicopters** | CRIMINAL CASE NO. 18-00010 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|
| **Frances Tydingco-Gatewood** | **Stephen Leon Guerrero<br>Marie Miller<br>Samantha Miller** | **Mack K. Martin, Edward A. McConwell, Sr., Laura L. McConwell, Edward C. Han** |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| **May 25, 2022** | **Veronica F. Flores** | **Carmen Santos** |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 8:18 – Call to Order; brief discussion re summary charts. Court urges parties to work together re Chart designated as G-3035 |
| | | | | | | 8:30 – Witness Wendolynne Hedrick seated; Jurors seated; **Continued DX of Ms. Hedrick by Ms. S. Miller** |
| | G-1252 | | 3/16/22 | | 5/25/22 | Registration and Suspense Registration File Review Summary Chart (Hedrick) |
| | G-1246 | | 5/24/22 | | 5/25/22 | Foreign Registration Review Summary Chart (Hedrick) |
| | G-1245 | | 5/24/22 | | 5/25/22 | Bill of Sale History Summary Chart (Hedrick) |
| | | | | | | 8:48 – **CX of Ms. Hedrick by Mr. McConwell** |
| | | | | | | 9:15 – 9:38 – Recess |
| | | | | | | 9:44 - Witness Wendolynne Hedrick seated; Jurors seated; **Continued CX of Ms. Hedrick by Mr. McConwell** |
| | G-0752-56 | | 5/23/22 | | 5/23/22 | N9068F history and file (Hedrick) |
| | G-0752-54 | | 5/23/22 | | 5/23/22 | N9068F history and file (Hedrick) |
| | G-0752-56 | | 5/23/22 | | 5/23/22 | N9068F history and file (Hedrick) |
| | G-1252 | | 3/16/22 | | 5/25/22 | Registration and Suspense Registration File Review Summary Chart (Hedrick) |
| | G-0829 | | | | 3/15/22 | Organization Chart for Defendant Corporations |
| | | | | | | 10:34 – 10:51 – Recess |
| | | | | | | 10:51 – Witness Wendolynne Hedrick seated; Jurors seated; **Continued CX of Ms. Hedrick by Mr. McConwell** |
| | G-0120-27 | | 5/24/22 | | 5/24/22 | N500LA Registration (Hedrick) |
| | | D-126 | 5/25/22 | | 5/25/22 | (Hedrick) |
| | | | | | | 11:18 – **CX of Ms. Hedrick by Mr. Martin** |

Page **1** of **3**

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | G-0752-92 | | 5/23/22 | | 5/23/22 | N9068F history and file (Hedrick) |
| | G-0752-82 | | 5/23/22 | | 5/23/22 | N9068F history and file (Hedrick) |
| | G-0752-60 | | 5/23/22 | | 5/23/22 | N9068F history and file (Hedrick) |
| | G-0120-27 | | 5/24/22 | | 5/24/22 | N500LA Registration (Hedrick) |
| | G-0120-11 | | 5/24/22 | | 5/24/22 | N500LA Registration (Hedrick) |
| | G-0120-17 | | 5/24/22 | | 5/24/22 | N500LA Registration (Hedrick) |
| | G-0120-16 | | 5/24/22 | | 5/25/22 | N500LA Registration (Hedrick) |
| | | | | | | 11:45 – 12:30 – Lunch recess |
| | | | | | | 12:40 – Discussion re G-30 Summary Chart |
| | | | | | | 12:45 - Witness Wendolynne Hedrick seated; Jurors seated; **Continued CX of Ms. Hedrick by Mr. Martin** |
| | G-0120-29 | | 5/24/22 | X | 5/24/22 | N500LA Registration (Hedrick) |
| | G-0120-27 | | 5/24/22 | | 5/24/22 | N500LA Registration (Hedrick) |
| | G-0120-21 | | 5/24/22 | | 5/24/22 | N500LA Registration (Hedrick) |
| | G-0120-19 | | 5/24/22 | | 5/24/22 | N500LA Registration (Hedrick) |
| | G-0120-17 | | 5/24/22 | | 5/24/22 | N500LA Registration (Hedrick) |
| | G-0120-16 | | 5/25/22 | | 5/25/22 | N500LA Registration (Hedrick) |
| | G-0120-15 | | 5/25/22 | | 5/25/22 | N500LA Registration (Hedrick) |
| | G-0120-14 | | 5/25/22 | | 5/25/22 | N500LA Registration (Hedrick) |
| | G-0120-13 | | 5/25/22 | | 5/25/22 | N500LA Registration (Hedrick) |
| | G-0120-12 | | 5/25/22 | | 5/25/22 | N500LA Registration (Hedrick) |
| | G-0120-3 | | 5/24/22 | X | 5/24/22 | N500LA Registration (Hedrick) |
| | G-0242-5 | | 5/24/22 | | 5/24/22 | FAA Message re: Deregistration N243D and various attachments pertaining to helo (Hedrick) |
| | G-1252 | | 3/16/22 | | 5/24/22 | Registration and Suspense Registration File Review Summary Chart (Hedrick) |
| | G-1246 | | 5/24/22 | | 5/24/22 | Foreign Registration Review Summary Chart (Hedrick) |
| | | | | | | 1:10 – 1:23 – Jurors recess |
| | | | | | | 1:10 – 1:23 – Parties discuss summary chart (Ex G-3025) |
| | | | | | | 1:24 – Witness Ms. Hedrick seated; jurors seated; **Re-DX of Ms. Hedrick by Ms. S. Miller** |
| | G-3036 | | 5/25/22 | X | 5/25/22 | (Hedrick) |
| | G-3035 | | 5/25/22 | X | 5/25/22 | (Hedrick) |
| | G-1513 | | 5/12/22 | X | 5/12/22 | N8315F Reed to FAA not really exported (Prozik) |
| | G-0242-5 | | 5/24/22 | | 5/24/22 | FAA Message re: Deregistration N243D and various attachments pertaining to helo (Hedrick) |
| | | | | | | 1:43 – **Re-CX of Ms. Hedrick by Mr. Martin** |
| | G-0242-5 | | 5/24/22 | | 5/24/22 | FAA Message re: Deregistration N243D and various attachments pertaining to helo (Hedrick) |
| | G-1246 | | 5/24/22 | | 5/24/22 | Foreign Registration Review Summary Chart (Hedrick) |
| | G-1252 | | 3/16/22 | | 5/25/22 | Registration and Suspense Registration File Review Summary Chart (Hedrick) |
| | | | | | | 1:50 – Witness Ms. Hedrick excused |
| | | | | | | 1:55 – 2:18 – Recess |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 2:18 – Counsel present; Mr. Timothy Cislo called; court addresses Mr. Cislo re presence of counsel. |
| | | | | | | 2:25 – Jurors seated; **Timothy J. Cislo**, sworn; **DX of Mr. Cislo by Ms. M. Miller** |
| | G-1523 | | 5/25/22 | X | | Deferred to later in testimony |
| | G-0645 | | 5/10/22 | X | 5/10/22 5/25/22 | Email dated 02/12/2015 from Cislo to Crowe re: Cislo agreeing to having a sign-fest in May or June (Prozik on 5/10/22) (Cislo on 5/25/22) |
| | G-0523 | | 5/18/22 | X | 5/18/22 | Email from Crowe to Walker and Kapp re: Completing the IA renewal forms for Cislo and Cislo telling them to not worry about the accuracy |
| | G-1846-8, 9, 10, 11 | | 5/25/22 | | 5/25/22 | Receipt of FAA IA Record John Walker 302 SN242 2018-10-23 (Cislo) |
| | G-1590-36 | | 5/25/22 | X | 5/25/22 | 36. MOA Document Review-2016-04-07-CISLO TOMOTHY J CROWE KENNETH (Cislo) |
| | G-1630-6, 7, 8 | | 5/25/22 | X | 5/25/22 | 76. MOA Other-2017-04-06-PROZIK PETER (Cislo) |
| | G-1590-29-32 | | 5/25/22 | X | 5/25/22 | 36. MOA Document Review-2016-04-07-CISLO TOMOTHY J CROWE KENNETH (Cislo) |
| | G-1590-10-12 | | 5/25/22 | X | 5/25/22 | 36. MOA Document Review-2016-04-07-CISLO TOMOTHY J CROWE KENNETH (Cislo) |
| | G-0290 | | 5/25/22 | X | 5/25/22 | Fax Cover to Cislo from Crowe dated 01/21/2013 re: N444GJ requesting a replacement (Cislo) |
| | G-2957B | | 5/11/22 | x | | White Log Books (physical evidence) (Prozik) |
| | | | | | | 3:57 – Jurors instructed to return to begin in the courtroom by 8:15 AM; jurors recessed |
| | | | | | | 3:59 – 4:07 – Housekeeping discussion. |
| | | | | | | 4:07 – Adjourned. |