# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: 1:18-cr-00010-001           DATE: May 26, 2022
             1:18-cr-00010-006

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Emily Brown          Court Reporter: Veronica Flores
Courtroom Deputy: Carmen B. Santos          Hearing Times: 8:21 - 9:54
         10:17 - 11:56
         1:04 - 2:03
         2:19 - 3:01
         3:33 - 4:05

**APPEARANCES:**

Defendant: John D. Walker          Attorney: Mack K. Martin
         Hansen Helicopters          Edward A. McConwell, Laura L.
         McConwell and Edward C. Han

☑ Present ☐ Custody ☐ Bond ☐ P.R.          ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Stephen Leon Guerrero
         Marie L. Miller
         Samantha R. Miller

**PROCEEDINGS: Jury Trial - Day 19**

- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Defendant Walker moves for mistrial. To be argued at a later date.
- Trial continued to: <u>May 27, 2022 at 8:15 AM</u>

NOTES:

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| vs. | |
| John D. Walker and Hansen Helicopters | CRIMINAL CASE NO. 18-00010 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|
| Frances Tydingco-Gatewood | Stephen Leon Guerrero<br>Marie Miller<br>Samantha Miller | Mack K. Martin, Edward A. McConwell, Sr., Laura L. McConwell, Edward C. Han |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| May 26, 2022 | Veronica F. Flores | Carmen Santos |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 8:21 – Call to Order; brief discussion re summary charts. Court urges parties to work together re Chart designated as G-3035 |
| | | | | | | 8:22 - Mr. Timothy Cislo called; court addresses Mr. Cislo re presence of counsel.<br>8:25 – Jurors seated; **Timothy J. Cislo**, sworn; **Continued DX of Mr. Cislo by Ms. M. Miller** |
| | G-2957B | | 5/11/22 | x | | White Log Books (physical evidence) (Prozik) |
| | G-0228-14 | | 5/11/22 | | | Investigative Report by FAA re: N243D (Prozik) |
| | G-0242-6 | | 5/12/22 | | 5/12/22 | FAA Message re: Deregistration N243D and various attachments pertaining to helo (Prozik) |
| | G-0242-44 | | 5/12/22 | x | 5/12/22 | FAA Message re: Deregistration N243D and various attachments pertaining to helo (Prozik) |
| | G-0242-10 | | 5/12/22 | | 5/12/22 | FAA Message re: Deregistration N243D and various attachments pertaining to helo (Prozik) |
| | G-1843-7 | | 5/16/22 | X | 5/16/22 | Photos and docs from Michael Shultz 302 SN298 2019-08-13 (Prozik) |
| | | | | | | 8:45 – Jurors recessed; discussion outside the presence of the jurors.<br>8:58 – Jurors seated; **Continued DX of Mr. Cislo by Ms. M. Miller** |
| | G-0455-40 | | 5/12/22 | | 5/12/22 | GJ testimony Joshua Kipp dated 07/12/2017 (Prozik) |
| | G-0455-41 | | 5/12/22 | | 5/12/22 | GJ testimony Joshua Kipp dated 07/12/2017 (Prozik) |
| | G-2104 | | 5/17/22 | X | 5/17/22 | N243D Gray and Black N9068F Red and White Guam Yard (Prozik) |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | G-1220 | | 5/26/22 | X | 5/26/22 | Follow up comm between Crowe and Cislo (Cislo) |
| | G-0687 | | 5/26/22 | X | 5/26/22 | Email dated 10/31/2012 from Cislo to Crowe re: Issuing N243D a temporary registration and discussing 20 or more aircraft that have issues (Cislo) |
| | G-1222 | | 5/26/22 | X | 5/26/22 | Formal request from Crowe to Cislo (Cislo) |
| | G-1221 | | 5/26/22 | X | 5/26/22 | Formal request from Crowe to Cislo (Cislo) |
| | G-0256 | | 5/26/22 | X | 5/26/22 | FAA Letter dated 10/31/2012 re: issuing replacement FAA Form 8100-2 for N345SD signed by Cislo (Cislo) |
| | G-2900-3155-3160 | | 5/26/22 | X | | PDF of contracts (Cislo) |
| | | | | | | 9:38 – Jurors recess<br>9:39 - 9:54 - Discussion outside the presence of the jurors re objections to G-2900-3155 to 3160<br>9:54 – 10:17 – Recess<br>10:18 – Witness Mr. Cislo seated; Jurors seated; **Continued DX of Mr. Cislo by Ms. M. Miller** |
| | G-2900-3155-3160 | | 5/26/22 | X | 5/26/22 | PDF of contracts (Cislo) |
| | G-2900-3154 | | 5/26/22 | X | 5/26/22 | PDF of contracts (Cislo) |
| | G-1001-45-46 | | 5/26/22 | X | 5/26/22 | N243D Evidence (2 pp) (Cislo) |
| | G-0295 | | 5/26/22 | X | 5/26/22 | Letter to Aviation Safety Inspector from Crowe regarding N243D, N471M, N345SD, and N9068F dated 05/19/2015 (Cislo) |
| | G-0382 | | 5/26/22 | | 5/26/22 | FAA letter to Walker from Aviation Safety Inspector re: Reinspection of N243D (Cislo) |
| | G-0311 | | 5/13/22 | X | 5/26/22 | Letter to Aviation Safety Inspector from Crowe re: N243D, N345SD, N471M, N9068F and N9162F (Prozik) (Cislo) |
| | G-0369 | | 5/26/22 | X | 5/26/22 | Letter to Assistant Chief Counsel from Crowe re: Enclosed Airworthiness Certificates for N243D, N471M, and N345SD (Cislo) |
| | | D-115-10 | 5/13/22 | | 5/13/22 | Monthly Hours Helicopter Flown by Helicopter/Boat (Prozik) |
| | G-2900-3154 | | 5/26/22 | X | 5/26/22 | PDF of contracts (Cislo) |
| | G-0672 | | 5/13/22 | X | 5/13/22 | Email dated 12/21/2015 from Kapp to Jeff re: Sending the numbers and tags for N243D, RPC588, N345SD, N911GP, N471M, N907HH (Prozik) |
| | G-0242-40 | | 5/26/22 | X | 5/26/22 | FAA Message re: Deregistration N243D and various attachments pertaining to helo |
| | G-2485 | | 5/13/22 | | 5/13/22 | N243D fuselage photo in GA 2016 1-3 (Prozik) |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 11:42 – Jurors recessed for lunch<br>11:42 – 11:57 – Motion for Mistrial by Defendant Walker; briefly discussed. Argument to be set at a later date.<br>11:57 – 1:00 - Lunch recess |
| | | | | | | 1:04 – Continued discussion outside the presence of the jury re summary witness |
| | | | | | | 1:15 – Witness Mr. Cislo seated; jurors seated; **Continued DX of Mr. Cislo by Ms. M. Miller** |
| | G-0699 – 1 thru 36 | | 5/26/22 | X | 5/26/22 | Email dated 02/13/2015 from Cislo to Crowe re: Having Crowe review Cislo's attached Word document and needing logbook entries from each helicopter (Cislo) |
| | G-0337 | | 5/26/22 | X | 5/26/22 | Fax Cover to FAA from Crowe dated 02/20/2018 re: cancel the registration for N243D (Cislo) |
| | | D-115-10 | 5/13/22 | | 5/13/22 | Monthly Hours Helicopter Flown by Helicopter/Boat (Prozik) |
| | G-2957B | | 5/11/22 | x | 5/26/22 | White Log Books (physical evidence) (Prozik) Admitted as to Hansen Helicopters ( |
| | G-2972 | | 5/13/22 | x | 5/13/22 | (Prozik) |
| | G-0592 | | 5/26/22 | X | 5/26/22 | Email dated 02/12/2013 from Crowe to Cislo re: Requesting replacement Certificate of Airworthiness for N9068F and Crowe finding original certificate (Cislo) |
| | G-2957B | | 5/11/22 | x | | White Log Books (physical evidence) (Prozik) (admitted as to Mr. Walker / objection as to completeness pending as to Hansen Helicopters |
| | | | | | | 2:03 – 2:18 – Recess |
| | | | | | | 2:20 – 2:26 – Brief housekeeping discussions |
| | | | | | | 2:26 - – Witness Mr. Cislo seated; Jurors seated; **Continued DX of Mr. Cislo by Ms. M. Miller** |
| | G-0422 | | 5/26/22 | X | 5/26/22 | Email FWD from Crowe to Kapp re: Cislo's decision on a Cessna 206 (Cislo) |
| | G-282-15 | | 5/26/22 | X | 5/26/22 | Proffer Agreement with Cislo (Cislo) |
| | G-860 | | 5/26/22 | X | 5/26/22 | Kitty email Crowe to Walker (Cislo) |
| | G-282-16 | | 5/26/22 | | 5/26/22 | Proffer Agreement with Cislo (Cislo) |
| | G-1406-63 and 64 | | 5/26/22 | X | 5/26/22 | EIR N471M (Cislo) |
| | G-304 | | 5/26/22 | X | 5/26/22 | Cislo Plea Agreement |
| | | | | | | 3:00 – 3:34 – Recess |
| | | | | | | 3:34 – 3:38 – Discussion outside the presence of the jurors.<br>3:38 – Witness Mr. Cislo seated; jurors seated; **DX of Mr. Cislo by Mr. McConwell** |
| | G-0242-40 | | 5/26/22 | X | 5/26/22 | FAA Message re: Deregistration N243D and various attachments pertaining to helo |
| | G-2957B | | 5/11/22 | | 5/26/22 | White Log Books (physical evidence) (Prozik) Admitted through Cislo |

Page **3** of **4**

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 4:02 – All parties instructed to report in the morning to begin by 8:15 AM |
| | | | | | | 4:05 – Adjourned. |
| | | | | | | |

Page **4** of **4**