CASE NO.: 1:18-cr-00010-001
           1:18-cr-00010-006

DATE: June 3, 2022

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Emily Brown
Courtroom Deputy: Carmen B. Santos
Court Reporter: Veronica Flores

Hearing Times: 8:25 - 10:47
11:08 - 11:48
12:31 - 1:30
1:47 - 2:31
2:44 - 3:48
4:06 - 5:14
5:32 - 6:12

**APPEARANCES:**

Defendant: John D. Walker
        Hansen Helicopters

☑ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Stephen Leon Guerrero
        Marie L. Miller
        Samantha R. Miller

Attorney: Mack K. Martin
        Edward A. McConwell, Laura L.
        McConwell and Edward C. Han

☑ Present ☑ Retained ☐ FPD ☐ CJA

**PROCEEDINGS: Jury Trial - Day 24**

- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Trial continued to: <u>June 6, 2022 at 8:15 AM</u>.

NOTES:

# UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| vs. | |
| John D. Walker and Hansen Helicopters | CRIMINAL CASE NO. 18-00010 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|
| Frances Tydingco-Gatewood | Stephen Leon Guerrero<br>Marie Miller<br>Samantha Miller | Mack K. Martin, Edward A. McConwell, Sr., Laura L. McConwell, Edward C. Han |
| TRIAL DATE(S) | COURT REPORTER/RECORDER | COURTROOM DEPUTY |
| June 3, 2022 | Veronica F. Flores | Carmen Santos |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 8:25 – Call to order. Housekeeping matters discussed. |
| | | | | | | 9:43 – Jurors seated. **Continued Deposition of Jose Marinho Gonzalves** |
| | G-1063A | | 6/3/22 | | 6/3/22 | Monthly Reports to Hansen (May 2019 to June 2020) (Marinho Deposition) |
| | G-1065 | | 6/3/22 | | 6/3/22 | Photo of N4577 Airworthiness Certificate (Marinho Deposition) |
| | G-1066 | | 6/3/22 | X | 6/3/22 | Flight sheet of flight with Crowe (Marinho Deposition) |
| | G-1067 | | 6/3/22 | X | 6/3/22 | Photo of Pitch Bearing Studs with Markup (Marinho Deposition) |
| | G-1068 | | 6/3/22 | | 6/3/22 | Video of striker (Marinho Deposition) |
| | G-1071 | | 6/3/22 | X | 6/3/22 | Blade Report to Hansen with Photos (Marinho Deposition) |
| | G-1074 | | 6/3/22 | | 6/3/22 | Photo of Collective 2 (Marinho Deposition) |
| | G-1075 | | 6/3/22 | | 6/3/22 | (Marinho Deposition) |
| | G-1076 | | 6/3/22 | | 6/3/22 | Photo of Breather Transmission 2 (Marinho Deposition) |
| | G-1077 | | 6/3/22 | | 6/3/22 | Photo of Breather Transmission 3 (Marinho Deposition) |
| | G-1078 | | 6/3/22 | X | 6/3/22 | Photo of Bushing Flight Control (Marinho Deposition) |
| | G-1079 | | 6/3/22 | X | 6/3/22 | Photo of Elastomeric 1 (Marinho Deposition) |
| | G-1080 | | 6/3/22 | X | 6/3/22 | Photo of Elastomeric 2 (Marinho Deposition) |
| | G-1081 | | 6/3/22 | | 6/3/22 | Photo of Elastomeric 3 (Marinho Deposition) |
| | G-1082 | | 6/3/22 | | 6/3/22 | Photo of Elastomeric 4 (Marinho Deposition) |
| | G-1083 | | 6/3/22 | | 6/3/22 | (Marinho Deposition) |
| | G-1084 | | 6/3/22 | | 6/3/22 | Photo of TRPCL 2 (Marinho Deposition) |
| | G-1086 | | 6/3/22 | X | 6/3/22 | Email from Marinho to Crowe dated 9/23/2019 (Marinho Deposition) |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | G-1087 | | 6/3/22 | | 6/3/22 | Parts Request and comments (Marinho Deposition) |
| | G-1091 | | 5/10/22 | X | 5/11/22 | Letter from Jon Walker to Pilots dated 3/21/2018 re Company Policy (introduced-Reed) (admitted-Prozik) |
| | | | | | | 10:47 – 11:08 – Recess |
| | | | | | | 11:09 – Jurors seated; **Continued Deposition of Jose Marinho Gonzalves (DX)** |
| | G-1092 | | 6/3/22 | X | 6/3/22 | Photo of Threat from Crowe (Marinho Deposition) |
| | G-1093 | | 6/3/22 | X | 6/3/22 | Photo of Helicopter without and with N marking (Marinho Deposition) |
| | G-1095 | | 6/3/22 | | 6/3/22 | Photo of N8315F (Marinho Deposition) |
| | G-1064 | | 6/3/22 | | 6/3/22 | Photo of N4577 Registration (Marinho Deposition) |
| | G-1065 | | 6/3/22 | | 6/3/22 | Photo of N4577 Airworthiness Certificate (Marinho Deposition) |
| | G-1067 | | 6/3/22 | X | 6/3/22 | Photo of Pitch Bearing Studs with Markup (Marinho Deposition) |
| | G-1068 | | 6/3/22 | X | 6/3/22 | Video of striker (Marinho Deposition) |
| | G-1071 | | 6/3/22 | | 6/3/22 | Blade Report to Hansen with Photos (Marinho Deposition) |
| | G-1093 | | 6/3/22 | X | 6/3/22 | Photo of Helicopter without and with N marking (Marinho Deposition) |
| | G-1095 | | 6/3/22 | | 6/3/22 | Photo of N8315F (Marinho Deposition) |
| | G-1098 | | 6/2/22 | | 6/2/22 | Photo of helicopter used in flight with Crowe (Marinho Deposition) |
| | | | | | | 11:22 - **Continued Deposition of Jose Marinho Gonzalves (CX)** |
| | G-1060 | | 6/2/22 | X | 6/2/22 | Independent Contract Agreement with Wilma's Flight Service, Inc., (Marinho Deposition) |
| | G-1063A | | 6/3/22 | | 6/3/22 | Monthly Reports to Hansen (May 2019 to June 2020) (Marinho Deposition) |
| | G-1122 | | 6/2/22 | | 6/2/22 | Application for Employment for Pilot, (Marinho Deposition) |
| | | | | | | 11:47 – 12:31 – Lunch recess |
| | | | | | | 12:36 - **Continued Deposition of Jose Marinho Gonzalves (CX)** |
| | | D-1 | 6/3/22 | | 6/3/22 | April 3, 2019, Independent Contractor Agreement for Pilot (w/ Alpha Air) (Marinho Deposition) |
| | | D-2 | 6/3/22 | | 6/3/22 | June 9, 2019, email from Nupla Solwara (Marinho Deposition) |
| | | D-4 | 6/3/22 | | 6/3/22 | Photo of Box containing maintenance records of N243D (Marinho Deposition) |
| | G-1087 | | 6/3/22 | | 6/3/22 | Parts Request and comments (Marinho Deposition) |
| | | D-7 | 6/3/22 | X | 6/3/22 | Win Far 626 Weekly reports 11/25/19 – 6/15/20 (Marinho Deposition) |
| | | D-3 | 6/3/22 | | 6/3/22 | June 10, 2019, Marinho email re: Nupla Solwara (Marinho Deposition) |

Page **2** of **4**

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | D-2 | 6/3/22 | | 6/3/22 | June 9, 2019, email from Nupla Solwara (Marinho Deposition) |
| | | D-1 | 6/3/22 | | 6/3/22 | April 3, 2019, Independent Contractor Agreement for Pilot (w/ Alpha Air) (Marinho Deposition) |
| | | D-4 | 6/3/22 | | 6/3/22 | Photo of Box containing maintenance records of N243D (Marinho Deposition) |
| | | | | | | 1:30 – 1:47 – Recess<br>1:47 - **Continued Deposition of Jose Marinho Gonzalves (Re-DX)** |
| | G-1070 | | 6/3/22 | | 6/3/22 | Photo of N45777 in RMI (Marinho Deposition) |
| | G-2027 | | 6/3/22 | X | 6/3/22 | Limey Bank Record 145 (Marinho Deposition) |
| | G-1100 | | 6/3/22 | X | 6/3/22 | Video of Helicopter N45777 (Marinho Deposition) |
| | | | | | | 1:30 – 1:47 – Recess |
| | | | | | | 1:52 – Jurors seated |
| | | | | | | 1:53 – **Glenda Lindsey White**, called and sworn, **DX by Ms. S. Miller** |
| | G-2959 | | 5/11/22 | x | 5/11/22 | Box from Litkei to Hansen Helicopters (parts sent to Hansen Helicopters from Spares) containing 199 Tail Rotor Pitch Links) (physical evidence) (Prozik) |
| | G-2960 | | 5/11/22 | x | 5/12/22 | 10 Tail Rotor Pitch Change Links (physical evidence) (Prozik) |
| | | | | | | 2:31 – 2:44 – Recess |
| | | | | | | 2:45 – **Continued DX of Ms. White by Ms. S. Miller** |
| | G-0384 | | 6/3/22 | X | | Spares Inc. Parts List (White) |
| | G-3038 | | 6/3/22 | X | | |
| | G-0639 | | 6/3/22 | X | 6/3/22 | Email dated 10/04/2015 from Roel Dorion to Spares Inc. re: Purchase Order #1747 and wiring $25,000 a month while the units are being built (White) (Limiting instruction given) |
| | G-0163 | | 6/3/22 | X | 6/3/22 | Purchase Order re: Spares Inc. (White) |
| | G-0164 | | 6/3/22 | X | 6/3/22 | Purchase Order re: Spares Inc. (White) |
| | G-0217-91 | | 6/3/22 | X | 6/3/22 | Various Purchase Orders, Checks, Receipts, and Notes between Spares Inc. and defendants (White) |
| | G-0214 | | 6/3/22 | X | 6/3/22 | Mandatory Weekly Report N810M on Ocean Conquest dated 05/08/2017 (White) |
| | G-1245 | | 5/24/22 | | 5/25/22 | Bill of Sale History Summary Chart (Hedrick) |
| | | | | | | 3:48 – 4:06 – Recess |
| | | | | | | 4:09 – **CX of Ms. White by Mr. Martin** |
| | G-2959 | | 5/11/22 | x | 5/11/22 | Box from Litkei to Hansen Helicopters (parts sent to Hansen Helicopters from Spares) containing 199 Tail Rotor Pitch Links) (physical evidence) (Prozik) |
| | G-2956 | | 3/16/22 | | 5/23/22 | Tail Rotor Pitch Link (Physical evidence) (Bustos) |
| | | D-118 | 5/10/22 | | 5/10/22 | One (1) Tail Rotor Pitch Fork Link (physical evidence) (Requested by def Hansen and approved by Gov from Ex 2959) (Reed) |
| | G-0164 | | 6/3/22 | X | 6/3/22 | Purchase Order re: Spares Inc. (White) |

Page **3** of **4**

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | G-0217-91 | | 6/3/22 | X | 6/3/22 | Various Purchase Orders, Checks, Receipts, and Notes between Spares Inc. and defendants (White) |
| | G-0214 | | 6/3/22 | X | 6/3/22 | Mandatory Weekly Report N810M on Ocean Conquest dated 05/08/2017 (White) |
| | | D-118 | | | | |
| | G-0214 | | 6/3/22 | X | 6/3/22 | Mandatory Weekly Report N810M on Ocean Conquest dated 05/08/2017 (White) |
| | | | | | | 4:42 – **Re-DX of Ms. White by Ms. S. Miller** |
| | G-2959 | | 5/11/22 | X | 5/11/22 | Box from Litkei to Hansen Helicopters (parts sent to Hansen Helicopters from Spares) containing 199 Tail Rotor Pitch Links) (physical evidence) (Prozik) |
| | G-1245 | | 5/24/22 | | 5/25/22 | Bill of Sale History Summary Chart (Hedrick) |
| | G-1066 | | 6/3/22 | | 6/3/22 | Flight sheet of flight with Crowe (Marinho Deposition) |
| | G-1122 | | 6/2/22 | X | 6/2/22 | Application for Employment for Pilot, (Marinho Deposition) |
| | G-0214 | | 6/3/22 | X | 6/3/22 | Mandatory Weekly Report N810M on Ocean Conquest dated 05/08/2017 (White) |
| | | | | | | 4:49 – Discussion outside the presence of the jurors |
| | | | | | | 5:14 – 5:32 – Recess |
| | | | | | | 5:32 – Jurors seated; Ms. White seated; **Continued Re-DX of Ms. White by Ms. S. Miller** |
| | | | | | | 6:03 – Jurors instructed to return Monday, June 6, 2022 by 8:45 AM to begin in the courtroom by 9:00 AM |
| | | | | | | 6:04 – 6:12 – Discussion outside the presence of the jurors. |
| | | | | | | 6:12 - Adjourned. |
| | | | | | | |
| | | | | | | |

Page **4** of **4**