

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

FILED
DISTRICT COURT OF GUAM
SEP 08 2022
JEANNE G. QUINATA
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 18-00010 |
| Plaintiff, | |
| vs. | JURY NOTE |
| JOHN D. WALKER and HANSEN HELICOPTERS, | |
| Defendants. | |

We the Jury: would like to inform you that Jury #4 & Jury #10 will be attending a funeral/viewing @ Santa Rita for two hours 9am to 11am.

Foreperson

Date and Time Written: 8:45am 9/8/2022

Date and Time Received by Court: 8:47am 9/8/2022

Date and Time Answered by Court: 9/8/2022 (JET) 11am

Dear

Approved for you to attend family funeral viewing. All jurors are to report to court by 11:45 am to continue deliberations tomorrow, Friday, September 9, 2022. Please have your lunch before you get to court. (JET(G))

8:46 am

Note No. 4

DISTRICT COURT OF GUAM
520 W SOLEDAD AVE FL 4
HAGATNA, GU 96910