SHAWN N. ANDERSON
United States Attorney
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney
MARIE L. MILLER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
Hernan Cortez Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. WALKER<br>    aka JON WALKER and<br>HANSEN HELICOPTERS, INC.,<br><br>Defendants. | CRIMINAL CASE NO. 18-00010<br><br>**UNITED STATES' EXHIBIT LIST FOR THE SENTENCING OF DEFENDANTS JOHN D. WALKER AKA JON WALKER AND HANSEN HELICOPTER, INC.** |

COMES NOW, the United States of America, by and through its undersigned counsel, and pursuant to the Order (ECF No. 2263) hereby files with the Court the following proposed exhibit list to be used at sentencing. The United States reserves the right to amend or supplement this list as necessary.

RESPECTFULLY SUBMITTED this 20th day of May, 2025.

          SHAWN N. ANDERSON
          United States Attorney
          Districts of Guam and NMI

By:   */s/ Stephen F. Leon Guerrero*
       STEPHEN F. LEON GUERRERO
       Assistant U.S. Attorney

By:   */s/ Marie L. Miller*
       MARIE L. MILLER
       Special Assistant U.S. Attorney

1

## UNITED STATES' EXHIBIT LIST

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 1 | 33 | EXHIBIT 1 (formerly Exhibit A): PSC_001173 Accidents PSC | |
| 2 | 8 | EXHIBIT 2 (formerly Exhibit B): NTSB Report 1 - LAX97LA218 | |
| 3 | 5 | EXHIBIT 3 (formerly Exhibit C): NTSB Report 2 - WPR09LA069 | |
| 4 | 7 | EXHIBIT 4 (formerly Exhibit D): NTSB Report 3 - WPR13LA137 | |
| 5 | 7 | EXHIBIT 5 (formerly Exhibit E): NTSB Report 4 - WPR15LA257 | |
| 6 | 13 | EXHIBIT 6 (formerly Exhibit F): NTSB Report 5 - WPR17LA075 | |
| 7 | 575 | EXHIBIT 7 (formerly Exhibit G): PSC_000488-001062 "Sale" of fraudulent helicopters from various alter egos to PSC | |
| 8 | 39 | EXHIBIT 8 (formerly Exhibit H): PSC_001066 Counterfeit parts PSC | |
| 9 | 1 | EXHIBIT 9 (formerly Exhibit I): Summary Report Guam Search Warrant February 2025 | |
| 10 | 2 | EXHIBIT 10 (formerly Exhibit J): PSC_001064 – Transfers to Limey | |
| 11 | 1 | EXHIBIT 11 (formerly Exhibit K): PSC_001166 – Transfers to Walker | |
| 12 | 34 | EXHIBIT 12 (formerly Exhibit L): Hansen Import of Helicopters from PSC July 2024 | |
| 13 | 1 | EXHIBIT 13 (formerly Exhibit M): Summary of Imported Helicopters | |
| 14 | 1 | EXHIBIT 14 (formerly Exhibit N): PSC Helicopters Status as of 1/20/2024 | |
| 15 | 1 | EXHIBIT 15 (formerly Exhibit O): Jan's Helicopter Sales to PSC | |
| 16 | 7 | EXHIBIT 16 (formerly Exhibit P): Costs to FAA and DOT/OIG | |
| 17 | 2 | G-0001: Email re: $400K, Caledonian Insurance, Pilots | X |
| 18 | 4 | G-0006: Interview of Jeoffrey Sarimos dated 6/25/2018 | X |
| 19 | 4 | G-0008: Interview of Oswald Dilig Espion dated 06/16/2018 | |
| 20 | 1 | G-0024: $2,500,000 Wire Transaction BOH Hansen Northern Helicopters Inc. to CBT Walker Agricola LLC dated 12/14/2016 | |
| 21 | 1 | G-0030: CBT Walker Agricola LLC signature card | X |

2

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 22 | 3 | G-0031: CBT Walker Agricola LLC from 11/30/2016 to 12/30/2016 (partially admitted) | 1-3 |
| 23 | 2 | G-0107: CAA NZ Revoking registration of ZK-HMF and ZK-HIA | |
| 24 | 128 | G-0108: GRMC Linares Patient Files | |
| 25 | 2 | G-0123: CAA NZ Notice of Final Decision ZH-HMF and ZK-HIA | |
| 26 | 2 | G-0148: Email re: The Number of Airframes completed every year by Rogers | X |
| 27 | 1 | G-0163: Purchase Order re: Spares Inc. | X |
| 28 | 13 | G-0204: Email from Crowe re: Hansen Helicopters Aircraft Registration that can be copies/paste the information wherever needed | X |
| 29 | 1 | G-0242-61- Email from Crowe re: Hansen Helicopters Aircraft Registration that can be copies/paste the information wherever needed. | X |
| 30 | 1 | G-0275: Letter from Crowe to Enforcement Division about N9068F re: lost registration/airworthiness certificate when it sank | |
| 31 | 4 | G-0302: Crowe's Admissions | X |
| 32 | 11 | G-0304: Cislo Plea Agreement | X |
| 33 | 20 | G-0305: September 2013 Business Plan including Walker's & Crowe's resume | X |
| 34 | 1 | G-0315: Email to Rogers from Kapp re: obtaining bill of sales and fuselages with no numbers | X |
| 35 | 1 | G-0317: Email to Rogers from Kapp re: Rogers boxing up the data plates for 369TG and inquiring if Kapp is interested in buying a burnt 500C/paperwork | X |
| 36 | 2 | G-0319: Email to Rogers from Kapp re: Inquiring with Rogers if N910WC should be purchased because not on MD's list of destroyed aircraft | X |
| 37 | 8 | G-0326: MD Helicopters, Inc. Destroyed Aircraft | |
| 38 | 1 | G-0344-6: FAA National Policy re: Destroyed and Scrapped Aircraft | |
| 39 | 16 | G-0355: CAA of PI re: Decision to Enforce Regulations and delist 17 aircrafts | |
| 40 | 102 | G-0366: MNS Capitol Files identifying the corporate structure, various helos in inventory, vessels (partially admitted) | 1-98 |
| 41 | 2 | G-0369: Letter to Assistant Chief Counsel from Crowe re: Enclosed Airworthiness Certificates for N243D, N471M, and N345SD | X |
| 42 | 7 | G-0372: Independent Contractor Agreement for Pilot Jose Eduardo Marinho Goncalves | X |

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 43 | 1 | G-0377: Email from Crowe to Reed re: Sending data plates and N numbers to the RPC's and paying $2K to pilots/mechanics to keep their mouth shut dated 07/17/2013 | X |
| 44 | 2 | G-0384: Spares Inc. Parts List | |
| 45 | 3 | G-0421: Email dated 09/07/2015 from Crowe to Snaer re: Cost of Rafael Antonio Cruz Santos' funeral and Crowe "thought we were getting off cheap." | X |
| 46 | 2 | G-0484: Pilot/Mechanic for helicopter N1042N | |
| 47 | 2 | G-0485: Pilot/Mechanic for helicopter N105FM | |
| 48 | 2 | G-0486: Pilot/Mechanic for helicopter N26892 | |
| 49 | 2 | G-0487: Pilot/Mechanic for helicopter N271M | |
| 50 | 2 | G-0488: Pilot/Mechanic for helicopter N471M | |
| 51 | 2 | G-0489: Pilot/Mechanic for helicopter N500LA | |
| 52 | 2 | G-0490: Pilot/Mechanic for helicopter N500PA | |
| 53 | 2 | G-0491: Pilot/Mechanic for helicopter N539 | |
| 54 | 2 | G-0492: Pilot/Mechanic for helicopter N584SD | |
| 55 | 2 | G-0493: Pilot/Mechanic for helicopter N58478 | |
| 56 | 2 | G-0494: Pilot/Mechanic for helicopter N6188D | |
| 57 | 2 | G-0495: Pilot/Mechanic for helicopter N471M | |
| 58 | 2 | G-0496: Pilot/Mechanic for helicopter N500LA | |
| 59 | 2 | G-0497: Pilot/Mechanic for helicopter N500PA | |
| 60 | 2 | G-0498: Pilot/Mechanic for helicopter N539 | |
| 61 | 2 | G-0499: Pilot/Mechanic for helicopter N584SD | |
| 62 | 2 | G-0500: Pilot/Mechanic for helicopter N58478 | |
| 63 | 2 | G-0501: Pilot/Mechanic for helicopter N6188D | |
| 64 | 2 | G-0502: Pilot/Mechanic for helicopter N6360S | |
| 65 | 2 | G-0503: Pilot/Mechanic for helicopter N66HH | |
| 66 | 2 | G-0504: Pilot/Mechanic for helicopter N755PC | |
| 67 | 2 | G-0505: Pilot/Mechanic for helicopter re N810M | |
| 68 | 2 | G-0506: Pilot/Mechanic for helicopter N6188C | |
| 69 | 2 | G-0507: Pilot/Mechanic for helicopter N831FG | |
| 70 | 2 | G-0508: Pilot/Mechanic for helicopter N846D | |
| 71 | 2 | G-0509: Pilot/Mechanic for helicopter N90176 | |
| 72 | 2 | G-0510: Pilot/Mechanic for helicopter N903F | |
| 73 | 2 | G-0511: Pilot/Mechanic for helicopter N9057F | |
| 74 | 2 | G-0512: Pilot/Mechanic for helicopter N911GP | |
| 75 | 2 | G-0513: Pilot/Mechanic for helicopter N9237F | |
| 76 | 2 | G-0514: Pilot/Mechanic for helicopter N9263F | |
| 77 | 2 | G-0515: Pilot/Mechanic for helicopter N9938A | |
| 78 | 1 | G-0523: Email from Crowe to Walker and Kapp re: Completing the IA renewal forms for Cislo and Cislo telling them to not worry about the accuracy | X |

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 79 | 4 | G-0547: Email dated 07/18/2014 from Medz Calma to Walker re: Invoice 2014-613 from Trafficopters Inc. | X |
| 80 | 2 | G-0551: Letter dated 07/11/2014 from Randy of Trafficopters, Inc. to Walker re: Sales agreement of Trafficopters Inc. and its assets for $135,000 | X |
| 81 | 2 | G-0586: NTSB Aviation Accident Data Summary dated 09/11/2010 for N74LB | |
| 82 | 1 | G-0604: NTSB Identification WPR10LA464 for N74LB | |
| 83 | 1 | G-0618: Email dated 03/21/2013 from Scott Bachelder to Reed re: Tom Bustos flying a US registered aircraft with only a Philippine pilot license | X |
| 84 | 2 | G-0645: Email dated 02/12/2015 from Cislo to Crowe re: Cislo agreeing to having a sign-fest in May or June | X |
| 85 | 3 | G-0664: Email dated 10/6/16 RE: Sale of HH | |
| 86 | 3 | G-0672: Email dated 12/21/2015 from Kapp to Jeff re: Sending the numbers and tags for N243D, RPC588, N345SD, N911GP, N471M, N907HH | X |
| 87 | 129 | G-0726: Wilma's Flight Services Inc. Billings and Collections from Dec 2013 to April 2018 | X |
| 88 | 4 | G-0739: Email dated 05/26/2014 from Crowe to Walker re: Cislo wanting the yellow one with the spare engine for $20K | X |
| 89 | 4 | G-0750: N243D history and file (partially admitted) | 1-4 |
| 90 | 2 | G-0752-52 & 56: N9068F history and file (partially admitted) | X |
| 91 | 4 | G-0761: Crowe's Declaration in Support to Modify Release Conditions | X |
| 92 | 7 | G-0813: Summary of FAA/SEIT attempts to inspect helicopters | |
| 93 | 1 | G-0829: Organization Chart for Defendant Corporations | X |
| 94 | 1 | G-0842: Email from D's Crowe to Walker | X |
| 95 | 3 | G-0860: Kitty email Crowe to Walker | X |
| 96 | 3 | G-0872: Viray Visa Advocacy | |
| 97 | 1 | G-0888: Photograph of Tail Rotor Pitch Change Link with Fabric | |
| 98 | 1 | G-0918: Crowe letter to Cislo re AWC lost at sea | |
| 99 | 1 | G-0981: Crowe Reed Keep Mouths Shut! | |
| 100 | 2 | G-1056: Brazilian Pilot's License, Marinho | X |
| 101 | 2 | G-1057: European Pilot's License | X |

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 102 | 2 | G-1060: Independent Contract Agreement with Wilma's Flight Service, Inc., Marinho | X |
| 103 | 2 | G-1061: Wire Transfer from Pacific Spotters Corp. | X |
| 104 | 1 | G-1091: Letter from Jon Walker to Pilots dated 3/21/2018 re Company Policy | X |
| 105 | 5 | G-1102: Independent Contractor Agreement, Marinho | |
| 106 | 19 | G-1122: Application for Employment for Pilot, Marinho | X |
| 107 | 1 | G-1180: Lost Airworthiness Certificate Letter Crowe | X |
| 108 | 1 | G-1220: Follow up comm between Crowe and Cislo | X |
| 109 | 1 | G-1242: All Known Hansen-Operated Helicopter Accidents Summary Chart | X |
| 110 | 1 | G-1243: Available Bank Records by Account Summary Chart | X |
| 111 | 1 | G-1244: Available Bank Records by Use of Funds Summary Chart | |
| 112 | 4 | G-1245: Bill of Sale History Summary Chart | X |
| 113 | 5 | G-1246: Foreign Registration Review Summary Chart | X |
| 114 | 1 | G-1247: Helicopter Accident History Prior To Hansen Acquisition Summary Chart | X |
| 115 | 2 | G-1248: PM List Data from Search Warrant Summary Chart | X |
| 116 | 1 | G-1249: QuickBooks Records by Name Summary Chart | X |
| 117 | 1 | G-1250: QuickBooks Records by Year Summary Chart | X |
| 118 | 1 | G-1251: QuickBooks Records Debits by Year and Company Summary Chart | X |
| 119 | 23 | G-1252: Registration and Suspense Registration File Review Summary Chart | X |
| 120 | 3 | G-1254: SW/Subpoenaed Records from HH Summary Chart | X |
| 121 | 2 | G-1390: Email between Kapp and mechanic re parts and failure of 500LA | |
| 122 | 2 | G-1410-36: EIR N345SD | |
| 123 | 1 | G-1412-97: EIR N9068F | |
| 124 | 1 | G-1417-27: EIR N444GJ | |
| 125 | 1 | G-1502: N243D AW stop order | |
| 126 | 1 | G-1503: N336SP Airman stop order | |
| 127 | 1 | G-1504: N345SD AW stop order | |
| 128 | 1 | G-1506: N444GJ Airman stop order | |

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 129 | 1 | G-1507: N471M AW stop order | |
| 130 | 1 | G-1514: Airman stop order N831FG | |
| 131 | 2 | G-1811: LESLIE ZUROSKE INTV 302 SN60 11-13-2016 | |
| 132 | 22 | G-1845: Receipt of FAA Emergency Suspension Orders 302 SN244 2018-10-25 | |
| 133 | 11 | G-1846: Receipt of FAA IA Record John Walker 302 SN242 2018-10-23(partially admitted) | 8-11 |
| 134 | 1 | G-2486 - N243D fuselage photo in GA 2016 1-4 | |
| 135 | 1 | G-2719 - N539 photo on ship 1-3 | |
| 136 | 101 | G-2900-1-6; 650-657; 784-791; 854; 911; 1117; 1142-1147; 1149; 1248; 1447-1452; 1495-1498; 1499-1502; 1577–1581; 1976-1981; 2585-2590; 2628; 2996-3001; 3154-3160; 3280-3285; 3434-3439; 3522-3527; and 3629-3633: PDF of contracts (partially admitted) | G-2900-1-6; 650-657; 784-791; 854; 911; 1142-1147; 1248; 1447-1452; 1495-1498; 1499-1502; 1577–1581; 1976-1981; 2585-2590; 2996-3001; 3154-3160; 3280-3285; 3434-3439; 3522-3527. |
| 137 | 1 | G-2938: BOH Caledonian Agency, Inc. Acct 9134 Corporation Signature Card (partially admitted) | X |
| 138 | 83 | G-2939: CFGu FCU Limey Air Service, Inc. Acct 9899 Signature Card, Corporate Records, 2018 & 2019 Incoming Wire Transfer Log | X |
| 139 | 236 | G-2941: Guam DRT Corporate tax records for Hansen Helicopter, Inc. (2014-2018) (partially admitted) | 19 |
| 140 | 1 | G-2989: Email re HH Loan to Vern Hansen from Jon Walker dated 7/5/2011 | X |
| 141 | 37 | G-3003: CAAP documents (partially admitted) | 3-4; 12-15; 18-22; 25-26; 29-30; 32-36 |
| 142 | 4 | G-3025: Summary Chart – Walker Registration Info, Including Post-2011 | |
| 143 | 6 | G-3038: Hansen Helicopters, Inc. – Spares, Inc. Purchase Order Summary Chart dated 5/22/2022 | |

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 144 | 2 | G-3044 - 14 C.F.R. § 45.13 | X |
| 145 | 1 | G-3047: Letter from Walker to FAA Aviation Administration re Deregistration/Export of N907HH to Philippines dated 2/19/2021 | X |
| 146 | 1 | G-3053: FBI report cargo from HHM to HHG via Sarimos using same letterhead as HHG | |
| 147 | 31 | G-3061: Wilma's Flight Service (Mid America Turbine) 1-21 | |
| 148 | 1 | G-3062: Wilma's Feb 2015 Cash Flow – ties MAT to it and Caledonian | |
| 149 | 5 | G-3078: Glenda White Updated Summary Chart | |
| 150 | 1 | G-3100: N539 being thrown over the side of the helo and video | |
| 151 | 3 | G-DA-002: Dual Country Registered Aircraft | |
| 152 | 1 | G-DA-035: Tuna Boat Income | |
| 153 | 1 | G-DA-036 - Financial Analysis - Unapproved Parts | |
| 154 | 2 | G-DA-056: John Walker 99.9 Owner | |
| 155 | 9 | G-DA-058: Social Media Collage | |
| 156 | 26 | Indictment, ECF No. 1 dated May 30, 2018 | |
| 157 | 4 | Government's Opposition to Defendant Walker's Motion to Dismiss Count 1 of the Indictment as Void for Duplicity, ECF No. 305 dated November 8, 2019 | |
| 158 | 35 | Superseding Indictment, ECF No. 369 dated December 12, 2019 | |
| 159 | 164 | Government's Motion for Protective Order to Prevent the Removal of Critical Evidence from the Jurisdiction of the Court, to Schedule an Inspection of Physical Evidence, and to Prevent the Harassment of Witnesses, ECF No. 416 dated February 25, 2020 | |
| 160 | 3 | Government's Objection to Defendant Walker's Motion to Quash 62 Subpoenas Issued 3/30/2020 To All Named Defendant's Commanding Production of Helicopter's at Hansen Helicopters, Inc on April 29, 2020, at 8:10 A.M., ECF No. 455-1 dated April 28, 2020 | |
| 161 | 59 | Second Superseding Indictment, ECF No. 862 dated January 8, 2021 | |
| 162 | 9 | United States' Response to the Court's Order Requiring a Bill of Particulars as to Counts 8-10 of the Second Superseding Indictment, ECF No. 1061 dated September 10, 2021 | |
| 163 | 7 | United States' Motion for a Jury View of Three Seized Helicopters, ECF No. 1335 dated February | |

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| | | 15, 2022 | |
| 164 | 5 | Order Regarding Objections to Evidence of an Ongoing Criminal Conspiracy, ECF No. 1376 dated March 8, 2022 | |
| 165 | 20 | United States' Notice of Filing Coconspirator Statements, ECF No. 1384 dated March 9, 2022 | |
| 166 | 24 | United States' Supplemental Offer of Proof [ECF 1370] on Evidence of Ongoing Criminal Conspiracy, ECF No. 1422 dated March 31, 2022 | |
| 167 | 2 | Order regarding Supplemental Offer of Proof on Evidence of Ongoing Criminal Conspiracy, ECF No. 1521 dated May 6, 2022 | |
| 168 | 34 | Order re United States' Motion for Order Permitting Testimony and Evidence of Defendants' Alter Ego Shell Companies, ECF No. 1704 dated August 22, 2022 | |
| 169 | 35 | Verdict Form, John D. Walker, ECF No. 1784 dated September 9, 2022 | |
| 170 | 3 | Verdict Form, Hansen Helicopters, Inc., ECF No. 1785 dated September 9, 2022 | |
| 171 | 6 | Stipulation for Preliminary Order of Forfeiture (Specific Assets), ECF No. 1812 dated September 29, 2022 | |
| 172 | 5 | Order Granting Stipulation for Preliminary Order of Forfeiture (Specific Assets), ECF No. 1813 dated September 29, 2022 | |
| 173 | 5 | Partial Page of Transcript, Testimony of Jeffrey Guzzetti (Jury Trial), ECF No. 1890 at 353 | |
| 174 | 7 | Partial Pages of Transcript, Amended Testimony of Jeffrey Guzzetti (Jury Trial), ECF No. 1892 at 496, 499, 505 | |
| 175 | 9 | Partial Pages of Transcript, Testimony of Viranousith Khamvongsa (Jury Trial), ECF No. 1917 at 189, 378 and 412 | |
| 176 | 281 | Transcript, Continued Testimony of Marvin Reed (Jury Trial), ECF No. 1922 | |
| 177 | 16 | Spares, Inc. Amended Plea Agreement, ECF No. 1947 dated June 8, 2023 | |
| 178 | 10 | Partial Pages of Transcript, Testimony of Thomas Bustos (Jury Trial), ECF No. 2025 at 21, 29-33 | |
| 179 | 2 | Notice of Petitioner Pacific Spotters Corporation's Withdrawal of Its June 13, 2013, Petition of Interest, ECF No. 2027 dated August 18, 2023 | |
| 180 | 240 | Transcript, Continued Testimony of Thomas Bustos (Jury Trial), ECF No. 2029 | |

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 181 | 186 | Transcript, Testimony of Marc Braga (Jury Trial), ECF No. 2042 | |
| 182 | 45 | Partial Pages of Transcript, Testimony of Teshara Jones (Jury Trial), ECF No. 2044 at 20-21, 120-23, 127-35, 165-72, 185-87, 234-38, 242-48, 324, 349-50 | |
| 183 | 16 | Transcript, Testimony, Recall of Marvin Reed (Jury Trial), ECF No. 2046 | |
| 184 | 418 | Transcript, Testimony of Randall Breitzman (Jury Trial), ECF No. 2050 | |
| 185 | 175 | Transcript, Testimony of Jose Eduardo Marinho Goncalvez (Jury Trial), ECF No. 2052 | |
| 186 | 161 | Transcript, Testimony of Glenda White (Jury Trial), ECF No. 2055 | |
| 187 | 432 | Transcript, Testimony of Robert Sprayberry (Jury Trial), ECF No. 2074 | |
| 188 | 34 | John D. Walker's Joint Motion for Judgment of Acquittal, New trial and Arrest of Judgment, ECF No. 2131 dated November 7, 2023 | |
| 189 | 25 | Hansen Helicopter, Inc.'s Joint Motion for Judgment of Acquittal, New trial and Arrest of Judgment, ECF No. 2132 dated November 7, 2023 | |
| 190 | 36 | Phillip T. Kapp's Amended Plea Agreement, ECF No. 2138 dated November 14, 2023 | |
| 191 | 66 | United States' Opposition to John D. Walker aka Jon Walker and Hansen Helicopters, Inc.'s Joint Motion for Judgment of Acquittal, New Trial and Arrest of Judgment (ECF Nos. 2131 and 2132), ECF No. 2147 dated November 28, 2023 | |
| 192 | 12 | Decision and Order Denying the Joint Motions for Judgment of Acquittal, ECF No. 2218 dated December 5, 2024 | |
| 193 | 28 | Motion for Consent Order of Forfeiture, ECF No. 2228 dated January 21, 2025 | |
| 194 | 2 | United States' Unopposed Motion for an order to Deposit Funds, ECF No. 2236 dated January 30, 2025 | |
| 195 | 36 | Consent Order of Forfeiture, ECF No. 2237 dated January 31, 2025 | |
| 196 | 8 | John D. Walker's Response to Government's Objections to Draft Presentence Investigation Report ("PSR") (ECF No. 2244), ECF No. 2250 dated February 13, 2025 | |
| 197 | 78 | John D. Walker Final PSR, Addendum to the PSR, Sentencing Recommendations, ECF Nos. 2260, | |

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| | | 2260-1 and 2260-2 dated April 1, 2025 | |
| 198 | 42 | Hansen Helicopters, Inc. Final PSR, Addendum to the PSR, Sentencing Recommendations, ECF Nos. 2261, 2261-1 and 2261-2 dated April 1, 2025 | |
| 199 | 1 | Order re Unopposed Motion to Defendants John D. Walker and Hansen Helicopters for an Order Continuing Sentencing Hearing to June 10, 225, ECF No. 2263 dated April 11, 2025 | |
| 200 | 21 | Complaint for Injunctive Relief for Violations Pursuant to 18 U.S.C. § 38(c), *United States v. Walker et al.*, Civil Case No. 1:23-cv-0002, ECF No. 1 dated April 7, 2023 | |
| 201 | 3 | Status Report of Defendant John D. Walker and Consenting Corporate Defendants, *United States v. Walker et al.*, Civil Case No. 1:23-cv-0002, ECF No. 302 dated February 7, 2025 | |
| 202 | 3 | Status Report of Defendant John D. Walker and Consenting Corporate Defendants, *United States v. Walker et al.*, Civil Case No. 1:23-cv-0002, ECF No. 305 dated April 8, 2025 | |
| 203 | 10 | Consensual Preliminary Injunction re John D. Walker and Consenting Corporate Defendants, *United States v. Walker et al.*, Civil Case No. 1:23-cv-0002, ECF No. 251 dated January 31, 2024 | |
| 204 | 6 | PSC_000016-21 | |
| 205 | 1 | PSC_000034 | |
| 206 | 1 | PSC_000051 | |
| 207 | 1 | PSC_000215 | |
| 208 | 1 | PSC_000477 | |
| 209 | 8 | PSC_001114-1121 | |
| 210 | 1 | PSC_001167 | |
| 211 | 1 | PSC_001171 | |
| 212 | 1 | PSC_001339 | |
| 213 | 1 | PSC_001572 | |
| 214 | 1 | PSC_001638 | |
| 215 | 1 | PSC_001696 | |
| 216 | 1 | PSC_001703 | |
| 217 | 1 | PSC_001753 | |
| 218 | 1 | PSC_001840 | |
| 219 | 1 | PSC-002180 | |
| 220 | 1 | PSC_002220 | |
| 221 | 1 | PSC_002489 | |
| 222 | 1 | PSC_002490 | |
| 223 | 1 | PSC_002496 | |
| 224 | 1 | PSC_002497 | |

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 225 | 1 | PSC_002498 | |
| 226 | 181 | D-115: Monthly Hours Helicopter Flown by Helicopter/Boat (Prozik) (partially admitted) | 2-181 |
| 227 | 4 | D-123: Letter from Republic of Philippines to Pacific Spotters | X |
| 228 | 1 | D-132: 25 Jun 2018 Bank of Hawaii Letter to Wilma's Flight Service (Khamvongsa) | X |
| 229 | 1 | D-135: 25 Jun 2018 Bank of Hawaii Letter to Hansen Northern Helicopters (Khamvongsa) | X |
| 230 | 3 | D-136: Wilma's Vanuatu Charter | X |
| 231 | 14 | United States' Notice of Expert Witness of Luis Reyna and Request for Notice of Defense Expert Witnesses with Exhibit 1 Disclosures and Qualifications, ECF Nos. 2271 and 2271-1 dated May 16, 2025 | |
| 232 | 11 | United States' Notice of Expert Witness of Aaron A. deVogel and Request for Notice of Defense Expert Witnesses with Exhibit 1 Disclosures and Qualifications, ECF Nos. 2272 and 2272-1 dated May 16, 2025 | |
| 233 | 7 | G-2719-A: N539-12-8-20-CenturyPride-NotReported | |

## **CERTIFICATION**

COMES NOW, Stephen F. Leon Guerrero, Assistant U.S. Attorney and Marie L. Miller, Special Assistant U.S. Attorney for the District of Guam, and states that they have reviewed the proposed Exhibit List in Criminal Case No. 1:18-CR-00010, *United States v. John D. Walker aka Jon Walker and Hansen Helicopters, Inc.*, and certify that the Exhibit List is accurate to the best of their ability.

Dated this 20th day of May, 2025.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: */s/ Stephen F. Leon Guerrero*
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney

By: */s/ Marie L. Miller*
MARIE L. MILLER
Special Assistant U.S. Attorney