# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

| | |
|---|---|
| CASE NO.: CR-18-00010 | DATE: June 06, 2025 |

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**

Law Clerk: Karen Quitlong  
Courtroom Deputy: Virginia T. Kilgore / Anna Perez  
Court Reporter: Veronica Flores  
Hearing Times: 8:27 - 9:57  
                10:17 - 12:00  
                1:02 - 3:06  
                3:25 - 5:28

**APPEARANCES:**

Defendant: John D. Walker (custody)  
<u>Hansen Helicopters</u>  
☑ Present ☐ Custody ☐ Bond ☐ P.R.

Attorney: Steven Welk, Vanessa Williams  
Kirstin Ault (video)  
Edward Han  
☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Stephen Leon Guerrero and Marie Miller     U.S. Agent:  
U.S. Probation: Janet Yamashita  
Interpreter:                                                             Language:

**PROCEEDINGS: Sentencing**

- Parties agreed that the 2018 sentencing guidelines should be applied for sentencing purposes.
- Witnesses sworn and examined; exhibits marked (see attached).
- Sentencing continued to: <u>June 9, 2025 at 8:15 AM.</u>

NOTES:

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| vs. | |
| John D. Walker and Hansen Helicopters | CRIMINAL CASE NO. 18-00010 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|
| Frances Tydingco-Gatewood | Stephen Leon Guerrero<br>Marie Miller | Steven Welk, Vanessa Williams, Edward C. Han |
| TRIAL DATE(S)<br>June 6, 2025 | COURT REPORTER/RECORDER<br>Veronica F. Flores | COURTROOM DEPUTY<br>Virginia Kilgore / Anna Perez |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **8:48 Misty Pena, sworn and examined** |
| | | | | | | DX by Ms. Miller |
| | 142 | | 6/6/2025 | | | G-3025: Summary Chart – Walker Registration Info, including Post-2011 (p. 3025-4) |
| | 311 | | 6/6/2025 | X | | U.S. Department of Transportation Mechanic's Application for Inspection Authorization-Privacy Act |
| | | | | | | 9:57 Break |
| | | | | | | 10:17 Court resumes |
| | | | 6/6/2025 | | | Mr. Leon Guerrero's request to correct exhibit number 234 to read 311 – Granted. |
| | 145 | | 6/6/2025 | | | G-3047: Letter from Walker to FAA Aviation Administration re Deregistration/Export of N907HH to Philippines dated 2/19/2021 |
| | 265 | | 6/6/2025 | X | | G-2990: Bank records from United Cocounut Planters Bank. Mr. Welk's objection sustained. |
| | 93 | | 6/6/2025 | | | G-0829: Organization Chart for Defendant Corporations (pp. |
| | 93 | | 6/6/2025 | | | G-0829-1: Organization Chart for Defendant Corporations |
| | 25 | | 6/6/2025 | | | G-0123: CAA NZ Notice of Final Decision ZH-HMF and ZK-HIA |
| | 138 | | 6/6/2025 | | | G-2939: CFGu FCU Limey Air Service, Inc. Acct 9899 Signature Card, Corporate Records, 2018 & 2019 Incoming Wire Transfer Log (pp. 2939-76, 2939-73) |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
|  | 133 |  | 6/6/2025 |  |  | G-1846: Receipt of FAA IA Record John Walker 302 SN242 2018-10-23(partially admitted) (p. 1846-8) |
|  | 20 |  | 6/6/2025 |  |  | G-0024: $2,500,000 Wire Transaction BOH Hansen Northern Helicopters Inc. to CBT Walker Agricola LLC dated 12/14/2016 (p. 0024-1) |
|  | 40 |  | 6/6/2025 |  |  | G-0366: MNS Capitol Files identifying the corporate structure, various helos in inventory, vessels (partially admitted) (p. 0366-38, 0366-1) |
|  | 31 |  | 6/6/2025 |  |  | G-0302: Crowe's Admissions (p. 0302-2) |
|  | 88 |  | 6/6/2025 |  |  | G-0739: Email dated 05/26/2014 from Crowe to Walker re: Cislo wanting the yellow one with the spare engine for $20K (p. 0739-1) |
|  | 137 |  | 6/6/2025 |  |  | G-2938: BOH Caledonian Agency, Inc. Acct 9134 Corporation Signature Card (partially admitted) (p. 2938-1) |
|  | 21 |  | 6/6/2025 |  |  | G-0030: CBT Walker Agricola LLC signature card (0030-1) |
|  | 79 |  | 6/6/2025 |  |  | G-0547: Email dated 07/18/2014 from Medz Calma to Walker re: Invoice 2014-613 from Trafficopters Inc. (p. 0547-1, 0547-2) |
|  | 95 |  | 6/6/2025 |  |  | G-0860: Kitty email Crowe to Walker (pp. 0860-1 to 0860-3) |
|  | 40 |  | 6/6/2025 |  |  | G-0366: MNS Capitol Files identifying the corporate structure, various helos in inventory, vessels (partially admitted) (p. 0366-87) |
|  | 33 |  | 6/6/2025 |  |  | G-0305: September 2013 Business Plan including Walker's & Crowe's resume (pp. 0305-8 and 0305-9) |
|  | 17 |  | 6/6/2025 |  |  | G-0001: Email re: $400K, Caledonian Insurance, Pilots (pp. 0001-1 and 0001-2) |
|  | 78 |  | 6/6/2025 |  |  | G-0523: Email from Crowe to Walker and Kapp re: Completing the IA renewal forms for Cislo and Cislo telling them to not worry about the accuracy (p. 0523-1) |
|  |  |  |  |  |  | **10:54 CX by Mr. Welk** |
|  | 142 |  | 6/6/2025 |  |  | G-3025: Summary Chart – Walker Registration Info, including Post-2011 (p. 3025-4) |
|  | 119 |  | 6/6/2025 |  |  | G-1252: Registration and Suspense Registration File Review Summary Chart (pp. 1252-1, 1252-2) |
|  | 20 |  | 6/6/2025 |  |  | G-0024: $2,500,000 Wire Transaction BOH Hansen Northern Helicopters Inc. to CBT Walker Agricola LLC dated 12/14/2016 (p. 0024-1) |
|  | 17 |  | 6/6/2025 |  |  | 11:27 G-0001: Email re: $400K, Caledonian Insurance, Pilots (pp. 0001-1) |
|  | 21 |  | 6/6/2025 |  |  | G-0030: CBT Walker Agricola LLC signature card (0030-1) |
|  | 40 |  | 6/6/2025 |  |  | G-0366: MNS Capitol Files identifying the corporate structure, various helos in inventory, vessels (partially admitted) (p. 0366-2) |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 31 | | 6/6/2025 | | | G-0302: Crowe's Admissions (pp. 0302-1, 0302-2). Objection to document being admitted into evidence by Mr. Welk. |
| | 88 | | 6/6/2025 | | | G-0739: Email dated 05/26/2014 from Crowe to Walker re: Cislo wanting the yellow one with the spare engine for $20K (p. 0739-1) |
| | | | | | | 12:00 Lunch break |
| | | | | | | **1:02 Court resumes** |
| | | | | | | **Re-DX by Ms. Miller** |
| | | | | | | **1:06 Re-CX by Mr. Welk** |
| | | | | | | 1:07 Witness excused |
| | | | | | | **1:07 Aaron A. deVogel, sworn and examined** |
| | | | | | | **DX by Ms. Miller** |
| | | | | | | Mr. deVogel was qualified as an expert FAA mechanic , pilot, and in airworthiness and accident investigation. |
| | 44 | | 6/6/2025 | X | | G-0384: Spares Inc. Parts List (2 pages) Objection by Mr. Welk as to relevance. |
| | 9 | | 6/6/2025 | | | EXHIBIT 9: Summary Report Guam Search Warrant February 2025 (Court's exhibit is not the same) Rebuttal Exhibit 234 was shown to witness. |
| | G-2972 | | withdrawn | | | Folder found during SW - N9068F (Rebuttal exhibit 264) |
| | 28 | | | | | G-0204: Email from Crowe re: Hansen Helicopters Aircraft Registration that can be copies/paste the information wherever needed  (pp. 0204-01, 0204-9, 0204-10) |
| | | | | | | **2:19 CX by Mr. Welk** |
| | 44 | | 6/6/2025 | | | 2:35 G-0384: Spares Inc. Parts List (2 pages) |
| | | | | | | Mr. Welk moved to strike witness' answer as to lease and billing and objected to government asking the question about billing. Court struck the testimony about billing. |
| | | | | | | 3:06 Break |
| | | | | | | **3:25 Court resumes** |
| | | | | | | Parties stipulated to corrected exhibit 9. Copy provided to court. |
| | | | | | | **Continued CX by Mr. Welk** |
| | 9 | | 6/6/2025 | | | EXHIBIT 9: Summary Report Guam Search Warrant February 2025 |
| | | | | | | **4:12 Re-DX by Ms. Miller** |
| | 265 | | 6/6/2025 | | | Rebuttal exhibit 265: G-2990: Bank records from United Cocounut Planters Bank  (pp. 2990-1, 2, 3 and 20) |
| | 313 | | 6/6/2025 | | | G-3021: Annex A for Pacific Spotters Corporation dated 6/18/2019 |
| | | | | | | **4:39 Re-CX by Mr. Welk** |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 265 | | | Sustained | | Court sustained admissibility of Rebuttal exhibit 265: G-2990: Bank records from United Cocounut Planters Bank (pp. 2990-1, 2, 3) |
| | | | | | | Ms. Miller requested judicial notice as to the transcript of the testimony of Robert Sprayberry at ECF 2074. |
| | | | | | | **5:18 Re-DX by Ms. Miller** |
| | | | | | | **5:19 End Re-DX** |
| | | | | | | **5:21 Mr. Welk withdrew his objection to exhibits 265 and 313.** |
| | | | | | | **5:22 Witness excused** |
| | | | | | | **5:28 Court adjourned** |