# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CONTINUED SENTENCING

CASE NO.: CR-18-00010                              DATE: June 09, 2025

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Karen Quitlong                          Court Reporter: Veronica Flores
Courtroom Deputy: Virginia T. Kilgore / Anna Perez  Hearing Times: 8:18 - 9:41
                                                                   10:11 - 12:01
                                                                   1:02 - 4:59
                                                                   5:12 - 6:16

**APPEARANCES:**

Defendant: John D. Walker (custody)              Attorney: Steven Welk, Vanessa Williams
                                                           Kirstin Ault (video)
           Hansen Helicopters                              Edward Han
☑Present ☐Custody ☐Bond ☐P.R.                    ☑Present ☑Retained ☐FPD ☐CJA

U.S. Attorney: Stephen Leon Guerrero and Marie Miller          U.S. Agent:
U.S. Probation: Janet Yamashita
Interpreter:

**PROCEEDINGS: Continued Sentencing**

- Witness sworn and examined; exhibits marked (see attached).
- Court overruled government's objection to the letters in support of sentencing (ECF 2296). Court stated that government may subpoena any of the individuals that submitted a letter.
- Government's power point presentation in aid of the aggravated role argument was made part of the record. Mr. Welk objected to the presentation stating certain exhibits were not admitted at trial. Court overruled the objection.
- Sentencing continued to: <u>June 10, 2025 at 8:15 AM.</u>

NOTES:

# UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| vs. | |
| John D. Walker and Hansen Helicopters | CRIMINAL CASE NO. 18-00010 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|
| Frances Tydingco-Gatewood | Stephen Leon Guerrero / Marie Miller | Steven Welk, Vanessa Williams, Edward C. Han |
| TRIAL DATE(S) | COURT REPORTER/RECORDER | COURTROOM DEPUTY |
| June 9, 2025 | Veronica F. Flores | Virginia Kilgore / Anna Perez |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **8:22 Luis Reyna, called and sworn** |
| | | | | | | **DX by Ms. Miller** |
| | | | | | | Court qualified Mr. Reyna as an expert in the field of anti money laundering |
| | 93 | | 6/9/2025 | | | G-0829: Organization Chart for Defendant Corporations |
| | 33 | | 6/9/2025 | | | G-0305: September 2013 Business Plan including Walker's & Crowe's resume (Admitted at trial) |
| | 93 | | 6/9/2025 | | | G-0829: Organization Chart for Defendant Corporations |
| | | 230 | 6/9/2025 | | | D-136: Wilma's Vanuatu Charter (pp. 230-1, 230-2) (Admitted at trial) |
| | 91 | | 6/9/2025 | | | G-0761: Crowe's Declaration in Support to Modify Release Conditions (Admitted at trial) (pp. 1, 2, 4) |
| | 40 | | 6/9/2025 | X | | G-0366: MNS Capitol Files identifying the corporate structure, various helos in inventory, vessels (partially admitted) (pp. 1 through 37, 53, 71, 79, 87, 97, 98) |
| | 93 | | 6/9/2025 | | | G-0829: Organization Chart for Defendant Corporations |
| | 104 | | 6/9/2025 | | | G-1091: Letter from Jon Walker to Pilots dated 3/21/2018 re Company Policy |
| | 138 | | 6/9/2025 | | | G-2939: CFGu FCU Limey Air Service, Inc. Acct 9899 Signature Card, Corporate Records, 2018 & 2019 Incoming Wire Transfer Log (pp. 1, 76, 72, 73, 75, 82, 83) |
| | | 228 | | | | D-132: 25 Jun 2018 Bank of Hawaii Letter to Wilma's Flight Service (Khamvongsa) |
| | | | | | | 9:41 Break |

Page **1** of **3**

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **10:15 Continued DX** |
| | 265 | | 6/9/2025 | X | | G-2990: Letter from George Ortha II to Austin Dufort re Request for Assistance in the Investigation and Prosecution of Hansen Helicopters, et al. with attachments dated December 22, 2021 (pp. 27, (Court sustained Mr. Welk's objection as to exhibit 2990. Court takes judicial notice to the lease agreements on pages 27 to 227) |
| | 141 | | 6/9/2025 | | | G-3003: CAAP documents (partially admitted) (pp. 1, 2, 9, 10, 15, 19, 21 |
| | 7 | | 6/9/2025 | | | EXHIBIT 7 (formerly Exhibit G): PSC_000488-001062 "Sale" of fraudulent helicopters from various alter egos to PSC (p. 1) |
| | 11 | | 6/9/2025 | | | EXHIBIT 11 (formerly Exhibit K): PSC_001166 – Transfers to Walker |
| | 211 | | 6/9/2025 | | | PSC_001171 |
| | 210 | | 6/9/2025 | | | PSC_001167 |
| | 213 | | 6/9/2025 | | | 10:59 PSC_001572 |
| | 223 | | 6/9/2025 | | | PSC_002496 |
| | 224 | | 6/9/2025 | | | PSC_002497 |
| | | | | | | **11:10 CX by Mr. Welk** |
| | 93 | | 6/9/2025 | | | G-0829: Organization Chart for Defendant Corporations |
| | 138 | | 6/9/2025 | | | G-2939: CFGu FCU Limey Air Service, Inc. Acct 9899 Signature Card, Corporate Records, 2018 & 2019 Incoming Wire Transfer Log |
| | | | | | | 12:01 Lunch break |
| | | | | | | **1:02 Continued CX by Mr. Welk** |
| | 91 | | 6/9/2025 | | | G-0761: Crowe's Declaration in Support to Modify Release Conditions (pp. 1, 2, 3, 4) |
| | 40 | | 6/9/2025 | | | G-0366: MNS Capitol Files identifying the corporate structure, various helos in inventory, vessels (partially admitted) (pp. 34, 35, 37, 38, 43, 71, 79) |
| | 91 | | 6/9/2025 | | | G-0366: MNS Capitol Files identifying the corporate structure, various helos in inventory, vessels (partially admitted) (p. 3) |
| | 40 | | 6/9/2025 | | | G-0366: MNS Capitol Files identifying the corporate structure, various helos in inventory, vessels (partially admitted) (p. 97) |
| | 104 | | 6/9/2025 | | | G-1091: Letter from Jon Walker to Pilots dated 3/21/2018 re Company Policy |
| | 138 | | 6/9/2025 | | | G-2939: CFGu FCU Limey Air Service, Inc. Acct 9899 Signature Card, Corporate Records, 2018 & 2019 Incoming Wire Transfer Log (pp. 72, 73, 75, 82, 83) |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 228 | | 6/9/2025 | | | D-132: 25 Jun 2018 Bank of Hawaii Letter to Wilma's Flight Service (Khamvongsa) |
| | 265 | | 6/9/2025 | | | G-2990: Letter from George Ortha II to Austin Dufort re Request for Assistance in the Investigation and Prosecution of Hansen Helicopters, et al. with attachments dated December 22, 2021 Bank (p. 28) |
| | | | | | | 2:54 Break |
| | | | | | | **3:12 Continued CX by Mr. Welk** |
| | 141 | | 6/9/2025 | | | G-3003: CAAP documents (partially admitted) (pp. 10, 15 |
| | 7 | | 6/9/2025 | | | EXHIBIT 7 (formerly Exhibit G): PSC_000488-001062 "Sale" of fraudulent helicopters from various alter egos to PSC (p. 1) |
| | 11 | | 6/9/2025 | | | EXHIBIT 11 (formerly Exhibit K): PSC_001166 – Transfers to Walker |
| | 211 | | 6/9/2025 | | | PSC_001171 |
| | 210 | | 6/9/2025 | | | PSC_001167 |
| | 213 | | 6/9/2025 | | | PSC_001572 |
| | 223 | | 6/9/2025 | | | PSC_002496 |
| | 224 | | 6/9/2025 | | | PSC_002497 |
| | | | | | | **4:03 Witness excused** |
| | | | | | | Defense rests |
| | | | | | | 4:59 Break |
| | | | | | | 5:12 Arguments on aggravated role |
| | | | | | | 6:16 Court adjourned |